

# AMERICAN GREETINGS

Corporate Address:
American Greetings Corp.
One American Rd.
Cleveland, OH 44144-2398

Retain this statement. It is a Record of your Earnings, Taxes, and other Deductions.

## Earnings Statement

Notify your supervisor immediately when you have a change of address.

| Associate Name | SYLVIA ELISE FICHTHORN | | |
|---|---|---|---|
| Pay period beginning | 09-16-09 | No. | 000000229 |
| Pay period ending | 09-30-09 | Date | 09-30-09 |
| Social security no | ***-**-**** | Associate No | |
| Federal tax status | S | State tax status | S |
| Federal exemptions | 1 | State exemptions | 1 |
| Federal add'l w-holdings | | State add'l w-holdings | |
| Pay Group | 0131 | | |

### Deductions

| description | amount | year to date |
|---|---|---|
| FEDERAL INCOME TAX | 295.28 | 5,443.43 |
| SOCIAL SECURITY TAX | 137.06 | 2,467.07 |
| MEDICARE TAX | 32.06 | 576.93 |
| STATE TAX | 67.90 | 1,229.27 |
| CITY/LOCAL TAX | | 442.10 |
| CITY/LOCAL TAX | 55.27 | 442.16 |
| *AGC 401K PLAN | 67.74 | 1,061.26 |
| *HEALTH CARE | 10.78 | 302.04 |
| *DENTAL | 9.85 | 177.30 |
| *EE HSA | 20.83 | 374.94 |
| ER HSA | 12.50 | 225.00 |
| CHECK TWO | 1,555.33 | 28,129.25 |

### Earnings

| description | rate | hours | earnings | year to date |
|---|---|---|---|---|
| REGULAR EARNING | | | 2,258.10 | 40,645.80 |

# denotes non-taxable earnings

* denotes pre-tax deductions

| | Current | Year to Date |
|---|---|---|
| total earnings | 2,258.10 | 40,645.80 |
| total taxes | 587.57 | 10,601.01 |
| total deductions (excluding taxes) | 115.20 | 1,915.54 |
| net pay | 1,555.33 | 28,129.25 |
| pre-tax deductions | 115.20 | 1,915.54 |
| fed taxable earnings | 2,142.90 | 38,730.26 |

SYLVIA ELISE FICHTHORN    Assoc.

---

NON-NEGOTIABLE    PAY BY DEPOSIT NOTIFICATION    NON-NEGOTIABLE



# AMERICAN GREETINGS

| | |
|---|---|
| No. | 000000229 |
| Date | 09/30/2009 |

ONE AMERICAN ROAD • CLEVELAND OH 44144-2398

DEPOSITED TO THE ACCOUNT OF

SYLVIA ELISE FICHTHORN
Pay Group 0131
6057

## NON-NEGOTIABLE
1,555.33

THE ABOVE AMOUNT WILL BE DEPOSITED
TO YOUR ACCOUNT(S) ON 09-30-09

American Greetings Corp.

| | | |
|---|---|---|
| JPMorgan Chase Bank, National Association |  | 20.83 |
| JPMorgan Chase Bank, National Association | | 12.50 |
| KeyBank National Association | | 1,555.33 |

**PAY BY DEPOSIT NOTIFICATION**



**AMERICAN GREETINGS**

Corporate Address:
American Greetings Corp.
One American Rd.
Cleveland, OH 44144-2398

Retain this statement. It is a Record of your Earnings, Taxes, and other Deductions.

**Earnings Statement**

Notify your supervisor immediately when you have a change of address.

| Associate Name | SYLVIA ELISE FICHTHORN | | |
|---|---|---|---|
| Pay period beginning | 10-01-09 | No. | 000000231 |
| Pay period ending | 10-15-09 | Date | 10-15-09 |
| Social security no | ***-**-**** | Associate No | |
| Federal tax status | S | State tax status | S |
| Federal exemptions | 1 | State exemptions | 1 |
| Federal add'l w-holdings | | State add'l w-holdings | |
| Pay Group | 0131 | | |

### Deductions

| description | amount | year to date |
|---|---|---|
| FEDERAL INCOME TAX | 289.64 | 5,733.07 |
| SOCIAL SECURITY TAX | 137.05 | 2,604.13 |
| MEDICARE TAX | 32.05 | 609.03 |
| STATE TAX | 66.90 | 1,296.17 |
| CITY/LOCAL TAX | | 442.10 |
| CITY/LOCAL TAX | | 442.16 |
| CITY/LOCAL TAX | 55.27 | 55.27 |
| *AGC 401K PLAN | 90.32 | 1,151.58 |
| *HEALTH CARE | 16.78 | 318.82 |
| *DENTAL | 9.85 | 187.15 |
| *EE HSA | 20.83 | 395.77 |
| ER HSA | 12.50 | 237.50 |
| CHECK TWO | 1,539.40 | 29,668.65 |

### Earnings

| description | rate | hours | earnings | year to date |
|---|---|---|---|---|
| REGULAR EARNING | | | 2,258.10 | 42,903.90 |

# denotes non-taxable earnings

* denotes pre-tax deductions

| | Current | Year to Date |
|---|---|---|
| total earnings | 2,258.10 | 42,903.90 |
| total taxes | 580.92 | 11,181.93 |
| total deductions (excluding taxes) | 137.78 | 2,053.32 |
| net pay | 1,539.40 | 29,668.65 |
| pre-tax deductions | 137.78 | 2,053.32 |
| fed taxable earnings | 2,120.32 | 40,850.58 |

SYLVIA ELISE FICHTHORN    Assoc. #

---

**NON-NEGOTIABLE    PAY BY DEPOSIT NOTIFICATION    NON-NEGOTIABLE**



**AMERICAN GREETINGS**

ONE AMERICAN ROAD • CLEVELAND OH 44144-2398

DEPOSITED TO THE ACCOUNT OF

SYLVIA ELISE FICHTHORN
Pay Group 0131
6057

No. 000000231
Date 10/15/2009

## NON-NEGOTIABLE
1,539.40

THE ABOVE AMOUNT WILL BE DEPOSITED TO YOUR ACCOUNT(S) ON 10-15-09

American Greetings Corp.

| JPMorgan Chase Bank, National Association | | 20.83 |
|---|---|---|
| JPMorgan Chase Bank, National Association | | 12.50 |
| KeyBank National Association | | 1,539.40 |

PAY BY DEPOSIT NOTIFICATION



**AMERICAN GREETINGS**

Corporate Address:
American Greetings Corp.
One American Rd.
Cleveland, OH 44144-2398

Retain this statement. It is a Record of your Earnings, Taxes, and other Deductions.

**Earnings Statement**

Notify your supervisor immediately when you have a change of address.

| Associate Name | SYLVIA ELISE FICHTHORN | | |
|---|---|---|---|
| Pay period beginning | 10-16-09 | No. | 000000232 |
| Pay period ending | 10-31-09 | Date | 10-30-09 |
| Social security no | ***-**-**** | Associate No | |
| Federal tax status | S | State tax status | S |
| Federal exemptions | 1 | State exemptions | 1 |
| Federal add'l w-holdings | | State add'l w-holdings | |
| Pay Group | 0131 | | |

### Deductions

| description | amount | year to date |
|---|---|---|
| FEDERAL INCOME TAX | 289.64 | 5,022.71 |
| SOCIAL SECURITY TAX | 137.06 | 2,741.19 |
| MEDICARE TAX | 32.05 | 641.09 |
| STATE TAX | 65.90 | 1,363.07 |
| CITY/LOCAL TAX | | 442.10 |
| CITY/LOCAL TAX | | 442.16 |
| CITY/LOCAL TAX | 55.27 | 110.54 |
| *AGC 401K PLAN | 90.32 | 1,241.90 |
| *HEALTH CARE | 16.78 | 335.60 |
| *DENTAL | 9.85 | 197.00 |
| *EE HSA | 20.83 | 416.60 |
| ER HSA | 12.50 | 250.00 |
| CHECK TWO | 1,539.39 | 31,208.04 |

### Earnings

| description | rate | hours | earnings | year to date |
|---|---|---|---|---|
| REGULAR EARNING | | | 2,258.10 | 45,162.00 |

# denotes non-taxable earnings

* denotes pre-tax deductions

| | Current | Year to Date |
|---|---|---|
| total earnings | 2,258.10 | 45,162.00 |
| total taxes | 580.93 | 11,762.86 |
| total deductions (excluding taxes) | 137.78 | 2,191.10 |
| net pay | 1,539.39 | 31,208.04 |
| pre-tax deductions | 137.78 | 2,191.10 |
| fed taxable earnings | 2,120.32 | 42,970.90 |

SYLVIA ELISE FICHTHORN    Assoc

**NON-NEGOTIABLE    PAY BY DEPOSIT NOTIFICATION    NON-NEGOTIABLE**



**AMERICAN GREETINGS**

ONE AMERICAN ROAD • CLEVELAND OH 44144-2398

| No. | 000000232 |
|---|---|
| Date | 10/30/2009 |

## NON-NEGOTIABLE
1,539.39

DEPOSITED TO THE ACCOUNT OF

SYLVIA ELISE FICHTHORN
Pay Group 0131
6057

THE ABOVE AMOUNT WILL BE DEPOSITED TO YOUR ACCOUNT(S) ON 10-30-09

American Greetings Corp.

| JPMorgan Chase Bank, National Association | | 20.83 |
|---|---|---|
| JPMorgan Chase Bank, National Association | | 12.50 |
| KeyBank National Association | | 1,539.39 |

PAY BY DEPOSIT NOTIFICATION



# AMERICAN GREETINGS

Corporate Address:
American Greetings Corp.
One American Rd.
Cleveland, OH 44144-2398

Retain this statement. It is a Record of your Earnings, Taxes, and other Deductions.

**Earnings Statement**

Notify your supervisor immediately when you have a change of address.

| | | | | |
|---|---|---|---|---|
| Associate Name | SYLVIA ELISE FICHTHORN | | | |
| Pay period beginning | 11-01-09 | No. | | 000000228 |
| Pay period ending | 11-15-09 | Date | | 11-13-09 |
| Social security no | ***-*- | Associate No | | |
| Federal tax status | S | State tax status | S | |
| Federal exemptions | 1 | State exemptions | 1 | |
| Federal add'l w-holdings | | State add'l w-holdings | | |
| Pay Group | | | | |

## Deductions

| description | amount | year to date |
|---|---|---|
| FEDERAL INCOME TAX | 289.64 | 6,312.35 |
| SOCIAL SECURITY TAX | 137.06 | 2,878.25 |
| MEDICARE TAX | 32.05 | 673.04 |
| STATE TAX | 66.90 | 1,429.97 |
| CITY/LOCAL TAX | 55.27 | 1,050.07 |
| *AGC 401K PLAN | 90.32 | 1,332.22 |
| *HEALTH CARE | 16.78 | 352.38 |
| *DENTAL | 9.85 | 206.85 |
| *EE HSA | 20.83 | 437.43 |
| ER HSA | 12.50 | 262.50 |
| CHECK TWO | 1,539.40 | 32,747.44 |

## Earnings

| description | rate | hours | earnings | year to date |
|---|---|---|---|---|
| REGULAR EARNING | | | 2,258.10 | 47,420.10 |

# denotes non-taxable earnings

* denotes pre-tax deductions

| | Current | Year to Date |
|---|---|---|
| total earnings | 2,258.10 | 47,420.10 |
| total taxes | 580.92 | 12,343.78 |
| total deductions (excluding taxes) | 137.78 | 2,328.88 |
| net pay | 1,539.40 | 32,747.44 |
| pre-tax deductions | 137.78 | 2,328.88 |
| fed taxable earnings | 2,120.32 | 45,091.22 |

SYLVIA ELISE FICHTHORN    Assoc.

---

NON-NEGOTIABLE    PAY BY DEPOSIT NOTIFICATION    NON-NEGOTIABLE



# AMERICAN GREETINGS

ONE AMERICAN ROAD • CLEVELAND OH 44144-2398

No.   000000228
Date  11/13/2009

DEPOSITED TO THE ACCOUNT OF

SYLVIA ELISE FICHTHORN
Pay Group

## NON-NEGOTIABLE
1,539.40

THE ABOVE AMOUNT WILL BE DEPOSITED TO YOUR ACCOUNT(S) ON 11-13-09

American Greetings Corp.

| | | |
|---|---|---|
| JPMorgan Chase Bank, National Association | | 20.83 |
| JPMorgan Chase Bank, National Association | | 12.50 |
| KeyBank National Association | | 1,539.40 |

**PAY BY DEPOSIT NOTIFICATION**