UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| In re: | ) | In Proceedings Under Chapter 13 |
|---|---|---|
| Sylvia Fichthorn | ) | Case No. 09-20960 |
| Debtor | ) | Judge Randolph Baxter |

**Fee Application by Attorney for Sylvia Fichthorn**

Susan M. Gray, Counsel for Sylvia Fichthorn hereby applies to this court for attorney fees in the amount of $4,839.00, $1,026.00 of which has already been paid in the proceeding. This leaves a difference of $3,813.00 to be paid in the plan. This request is supported by the attached itemized invoice for services rendered, certification by attorney, rights and responsibilities, confirmation order and chapter 13 plan.

Respectfully submitted

/s/ Susan M. Gray
Susan M. Gray (0062356)
AmTrust Bank Building
22255 Center Ridge # 210
Rocky River, OH 44116
(440) 331-3949
(440) 331-8160

Certificate of Service

On May 28, 2010, a copy of the foregoing fee application was served upon the Chapter 13 Trustee and the United States Trustee by ECF .

/s/Susan M. Gray
Susan M. Gray (0062356)
Attorney for Sylvia Fichthorn