# Invoice

**Susan M. Gray  Attorney at Law**

22255 Center Ridge Road Suite 210
Rocky River, Ohio  44116

| Date | Invoice # |
|---|---|
| 5/11/2010 | 060954 FA |

| ADDRESS SERVICE REQUESTED |
|---|
| Sylvia Fichthorn |

| Terms |
|---|
|  |

| Description | I.D. | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Retainer paid toward Legal Services re Chapter 13 |  |  |  | -1,026.00 | -1,026.00 |
| Meet to review financial situation. Review options and make recommendations and make notes for follow-up. | JNB | 9/16/2009 | 1.1 |  | 0.00 |
| Met with Ms. Fichthorn to sign fee agreement and receive documents | JNB | 9/18/2009 | 0.15 | 250.00 | 37.50 |
| Analyzed file and prepared petition and schedules | JNB | 9/23/2009 | 2.4 | 250.00 | 600.00 |
| Updated new data in means test | ABN | 9/29/2009 | 0.55 | 75.00 | 41.25 |
| Register for credit counseling | LJB | 10/1/2009 | 0.1 | 75.00 | 7.50 |
| Review file to plan for final review | SMG | 10/9/2009 | 0.67 | 250.00 | 167.50 |
| Meet for final review; review line by line; make revisions; further discussion of options; discuss additional information needed to go forward;make plans and notes for follow up | SMG | 10/9/2009 | 2.1 | 250.00 | 525.00 |
| Update schedules from notes from prior meeting | SMG | 10/11/2009 | 0.17 | 250.00 | 42.50 |
| Review information sent by e-mail; revise schedules with this information as appropriate; research means test to see if there is remedy with respect to two issues; send responsive e-mail to Ms Fichthorn | SMG | 10/14/2009 | 2.18 | 250.00 | 545.00 |
| Attorneys= SMG, JNB, MBR, JEM<br>Staff =LJB, ABN, MVG, ACW | | | | **Total** | |

# Susan M. Gray  Attorney at Law

22255 Center Ridge Road Suite 210
Rocky River, Ohio  44116

# Invoice

| Date | Invoice # |
|---|---|
| 5/11/2010 | 060954 FA |

| ADDRESS SERVICE REQUESTED |
|---|
| Sylvia Fichthorn |

| Terms |
|---|
|  |

| Description | I.D. | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Researched case law to advise client regarding bankruptcy | JNB | 10/14/2009 | 0.45 | 250.00 | 112.50 |
| Review 17 e-mails from Ms Fichthorn to determine if among them it is possible assemble enough information to complete petition and schedules; she has sent some, but we still need a lot; sent her an e-mail reminding what information still is needed | SMG | 11/2/2009 | 0.95 | 250.00 | 237.50 |
| Review additional documentation to put schedules in final form and to determine what provision of the bankruptcy code is appropriate for her; send information and analysis by e-mail to Ms. Fichthorn; make notes for follow up; respond to e-mail sent while making notes. | SMG | 11/13/2009 | 0.98 | 250.00 | 245.00 |
| Organize and analyze income for means test | ABN | 11/13/2009 | 0.25 | 75.00 | 18.75 |
| Telephone conference to review accuracy of schedules; make revisions; prepare payment instructions; wage order instructions and final plan provisions; plan for meeting to sign and explain procedures going forward | SMG | 11/16/2009 | 2.08 | 250.00 | 520.00 |
| Meet with Ms. Fichthorn; review plan obligations; review payment instructions; file case and pay fee | SMG | 11/18/2009 | 0.3 | 250.00 | 75.00 |
| File and serve 3 notices of stay | LJB | 11/18/2009 | 0.3 | 75.00 | 22.50 |
| Register for debtor education with Dave Ramsey | LJB | 11/18/2009 | 0.1 | 75.00 | 7.50 |

Attorneys= SMG, JNB, MBR, JEM
Staff =LJB, ABN, MVG, ACW

**Total**

# Susan M. Gray  Attorney at Law

22255 Center Ridge Road Suite 210
Rocky River, Ohio  44116

## Invoice

| Date | Invoice # |
|---|---|
| 5/11/2010 | 060954 FA |

ADDRESS SERVICE REQUESTED

Sylvia Fichthorn

Terms

| Description | I.D. | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Send declaration to court for filing | LJB | 11/19/2009 | 0.1 | 75.00 | 7.50 |
| Prepare and file Wage order | LJB | 11/19/2009 | 0.1 | 75.00 | 7.50 |
| File rights and responsibilities | LJB | 11/20/2009 | 0.1 | 75.00 | 7.50 |
| Forward required documents to trustee | LJB | 12/7/2009 | 0.1 | 75.00 | 7.50 |
| Send reminder letter for meeting of creditors | LJB | 12/8/2009 | 0.1 | 75.00 | 7.50 |
| Review file and notes to plan for representation; meet with Ms. Fichthorn to prepare for meeting; represent at meeting; brief meeting afterwards to explain procedures going forward | MBR | 1/13/2010 | 0.5 | 250.00 | 125.00 |
| Further review of issues in confirmation; telephone conference with Ms Fichthorn about tax withholding; review and revise response to trustee's objection. | SMG | 2/8/2010 | 0.3 | 250.00 | 75.00 |
| Analyzed trustee's objection; prepared response and called Ms. Fichthorn for information; filed the same; spoke with Ms. Fichthorn and prepared amended | JNB | 2/8/2010 | 0.55 | 250.00 | 137.50 |

Attorneys= SMG, JNB, MBR, JEM
Staff =LJB, ABN, MVG, ACW

**Total**

# Susan M. Gray  Attorney at Law

22255 Center Ridge Road Suite 210
Rocky River, Ohio  44116

**Invoice**

| Date | Invoice # |
|---|---|
| 5/11/2010 | 060954 FA |

| ADDRESS SERVICE REQUESTED |
|---|
| Sylvia Fichthorn |

| Terms |
|---|
|  |

| Description | I.D. | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Adjusted amended schedule B and sent e-mail to Ms. Fichthorn; filed the same | JNB | 2/9/2010 | 0.25 | 250.00 | 62.50 |
| Prepared for hearing on trustee's objections | JNB | 2/10/2010 | 0.2 | 250.00 | 50.00 |
| Represented client at hearing on trustee's objections | JNB | 2/11/2010 | 0.5 | 250.00 | 125.00 |
| Cost of parking | JNB | 2/11/2010 |  | 3.50 | 3.50 |
| Recalculate 22C based on actual withholding and tax refund; telephone conference with Ms Fichthorn; send e-mail to trustee | SMG | 2/20/2010 | 1.17 | 250.00 | 292.50 |
| Prepared motion to reinstate and confirm plan as modified | JNB | 2/22/2010 | 0.25 | 250.00 | 62.50 |
| Review and revise motions to reinstate and to modify plan; revise modified plan; review trustee objection to make sure all is complete; set up for amended wage order; meet with Ms. Fichthorn to review modified plan; make notes for follow - up | SMG | 2/23/2010 | 1.42 | 250.00 | 355.00 |
| Assistance with serving creditors with Motion to Reinstate Case and to Modify Plan | MVG | 2/23/2010 | 0.33 | 75.00 | 24.75 |
| FILED the motion to reinstate and notice of hearing. Filed the motion to modify plan and notice of hearing and the modified plan. Serve all creditors | LJB | 2/23/2010 | 0.2 | 75.00 | 15.00 |
| Attorneys= SMG, JNB, MBR, JEM
Staff =LJB, ABN, MVG, ACW | | | | **Total** | |

09-20960-rb    Doc 32-2    FILED 05/28/10    ENTERED 05/28/10 16:37:32    Page 4 of 5

# Susan M. Gray  Attorney at Law

22255 Center Ridge Road Suite 210
Rocky River, Ohio  44116

# Invoice

| Date | Invoice # |
|---|---|
| 5/11/2010 | 060954 FA |

| ADDRESS SERVICE REQUESTED |
|---|
| Sylvia Fichthorn |

| Terms |
|---|
|  |

| Description | I.D. | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Prepare and file amended wage order | LJB | 2/23/2010 | 0.1 | 75.00 | 7.50 |
| Prepared motion to modify and modified plan | JNB | 2/23/2010 | 0.2 | 250.00 | 50.00 |
| Prepared archive of returned mail – Dr. Attilla Kiss, motion to Reinstate | ABN | 3/3/2010 | 0.08 | 75.00 | 6.00 |
| File review and analysis | MVG | 3/4/2010 | 0.2 | 75.00 | 15.00 |
| Represented Ms. Ficthorn at hearing on motion to modify plan | JNB | 3/18/2010 | 0.45 | 250.00 | 112.50 |
| Cost of parking | JNB | 3/18/2010 |  | 4.75 | 4.75 |
| File declaration of compliance | LJB | 3/30/2010 | 0.1 | 75.00 | 7.50 |
| File form 23 | LJB | 3/30/2010 | 0.1 | 75.00 | 7.50 |
| Prepare & upload order on motion to reinstate case. | LJB | 4/20/2010 | 0.1 | 75.00 | 7.50 |
| Represent Ms. Fichthorn at hearing on confirmation. | JNB | 4/29/2010 | 0.2 | 250.00 | 50.00 |

Attorneys= SMG, JNB, MBR, JEM
Staff =LJB, ABN, MVG, ACW

| Total | $3,813.00 |
|---|---|