UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re:                              )        Case No. 09-20960
                                    )
Sylvia Fichthorn                    )        Chapter 13 Proceedings
                                    )
                                    )
              Debtor(s)             )        Judge Randolph Baxter

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**<u>Notice of Fee Application by Attorney for Sylvia Fichthorn</u>**


   Susan Gray has filed papers with the Court for a fee application

   **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

       If you do not want the court to grant the fee application, or if you want the court to consider your views, then on or before June 24, 2010 you or your attorney must:

   1.      File a written response, explaining your position, at:

           United States Bankruptcy Court
           Howard M. Metzenbaum, U.S. Court House
           201 Superior Ave.
           Cleveland, Ohio  44114

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

   2.      Mail a copy to:

           Susan M. Gray, Esquire
           22255 Center Ridge Road, Suite 210
           Rocky River, Ohio  44116

   3.      Attend the hearing scheduled to be held on July 1, 2010 at 9:00 am in
           Room **# 2B** of the Howard M. Metzenbaum, U.S. Court House, 201 Superior Ave., Cleveland, Ohio  44114.  The hearing may be adjourned by the court from time to time without further notice.

If you or your attorney do not take these steps, the court may decide that you do not oppose the fee application and may enter an order granting the fee application without a hearing.

Respectfully submitted,


<u>/s/Susan M. Gray (0062356)</u>
Susan M Gray, Attorney for Ms. Fichthorn
22255 Center Ridge Road, Suite 210
Rocky River, Ohio  44116
Phone: (440) 331-3940
Fax: (440) 331-8160

Certificate of Service

On May 28, 2010, a copy of the foregoing Notice of Fee Application was served upon the Chapter 13 Trustee and the United States Trustee by ecf.

/s/Susan M. Gray (0062356)
Susan M Gray, Attorney for Ms. Fichthorn